JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOLIA NUCLEAR SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIEM QUANG TRAN, et al.,<br><br>Defendants. | Case No. CV 19-9339 FMO (JPRx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that plaintiff has settled its claims with remaining defendants Hana Kim and DH Promotions, Inc. (see Dkt. 86), the action is hereby **dismissed**, without costs and without prejudice to the right, upon good cause shown, no later than **November 13, 2020**, to re-open the action as to the remaining defendants if the settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 14th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge